# EXHIBIT A

```
CASE 10-C-1762                KANAWHA                              PAGE   1
REBECCA MCCOMAS          vs. MICHAELS STORES, INC.,

LINE  DATE      ACTION
 1   10/04/10   # ISSUED SUM & 2 CPYS; F FEE; RCPT #64158; $145.00; CASE INFO
 2              # SHEET; COMPLAINT
 3   02/11/11   # LET FR SS DTD 2/7/11; SUM W/RET (2/7/11 SS) AS TO MICHAELS
 4              # STORES INC.,
```

10-C-1762

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV 25305



9171 9237 9000 1000 3905 40

FILE

2011 FEB 11 AM 10:

KANAWHA CO. CIRCUIT COURT



Natalie E. Tennant
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

|  |  |
|---|---|
| ControlNumber: | 308302 |
| Defendant: | Michaels Stores, Inc. |

Cathy Gatson, Circuit Clerk
Kanawha County Courthouse
111 Court Street
Charleston WV 25301-2500

|  |  |
|---|---|
|  | 2/7/2011 |
| Civil Action: | 10-C-1762 |

I am enclosing:

| | | |
|---|---|---|
| ____ summons | ____ affidavit | _1_ summons and complaint |
| ____ notice | ____ answer | ____ summons returned from post office |
| ____ order | ____ cross-claim | ____ summons and amended complaint |
| ____ petition | ____ counterclaim | ____ 3rd party summons and complaint |
| ____ motion | ____ request | ____ no return from post office |
| ____ suggestions | ____ certified return receipt | ____ notice of mechanic's lien |
| ____ interrogatories | ____ request for production | ____ suggestee execution |
| ____ original | ____ request for admissions | ____ Other |
| ____ subpeona duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**SUMMONS**

FILED
2011 FEB 11 AM 10: 56

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

REBECCA MCCOMAS

    Plaintiff,

v.

CIVIL ACTION NO. 10-C-1762

MICHAELS STORES, INC.

    Defendant.

To:   MICHAELS STORES, INC.
Corporation Service Company
209 West Washington St
Charleston, WV 25302

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned and required to serve upon Paul Stroebel, plaintiff's attorney whose address is Stroebel & Johnson, P.L.L.C., Post Office Box 2582, Charleston, West Virginia 25329, an answer including any related counterclaim you may have to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by de_____ u will be thereafter bar_____ erted by counterclaim _

Dated ___10-4___

## MEMORANDUM TO CLERK
## FOR INSTITUTING CIVIL ACTION

To the Clerk of the Circuit Court
of <u>KANAWHA</u> County, West Virginia

REBECCA MCCOMAS,

        Plaintiff,

vs.

MICHAELS STORES, INC.

        Defendant.

CIVIL ACTION NO. 10-C- 1762
(To be filled in by Clerk) Webster

| | Days to Answer | Type of Service (Personal, Publication or Auditor) |
|---|---|---|
| | 30 | Secretary of State |

Please issue summons in the above styled action as indicated.

Original and __3__ copies of complaint furnished herewith.

Paul M. Stroebel, Esquire
Stroebel & Johnson, P.L.L.C.
P. O. Box 2582
Charleston, WV 25329
(304) 346-0197
WV State Bar No. 5758

*[Filed stamp: CATHY S. GATSON, CLERK, KANAWHA COUNTY CIRCUIT COURT, 2010 OCT -4 PM 2:57, FILED]*

PYMT Type K
Rcpt # 414156
Iss. Sum __ cc    $145 / $135
         No Sum Iss
✓ Ret. to Atty.    $20cm X
__ Mailed CM/RM    $5 clk X
__ Mailed to sos w/ck#
    Sent to    w/ck#

| Plaintiff: REBECCA MCCOMAS | CASE NUMBER: |
|---|---|
| Defendants: MICHAELS STORES, INC. | 10-C- |

II. TYPE OF CASE:

| TORTS | | OTHER CIVIL | | | |
|---|---|---|---|---|---|
| ☐ | Asbestos | ☐ | Adoption | ☐ | Appeal from Magistrate Court |
| ☐ | Professional Malpractice | ☐ | Contract | ☐ | Petition for Modification of Magistrate Sentence |
| ☒ | Personal Injury | ☐ | Real Property | ☐ | Miscellaneous Civil |
| ☐ | Product Liability | ☐ | Mental Health | ☐ | Other |
| ☐ | Other Tort | ☐ | Appeal of Administrative Agency | ☐ | |

III. JURY DEMAND: ☒Yes ☐No

CASE WILL BE READY FOR TRIAL BY (MONTH/YEAR): 10 / 11

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE? ☐ Yes ☒ No
IF YES, PLEASE SPECIFY:

☐ Wheelchair accessible hearing room and other facilities
☐ Interpreter or other auxiliary aid for the hearing impaired
☐ Reader or other auxiliary aid for the visually impaired
☐ Spokesperson or other auxiliary aid for the speech impaired
☐ Other: _____

*Attorney Name:* Paul M. Stroebel

*Firm:* Stroebel & Johnson, P.L.L.C.

*Address:* P. O. Box 2582, Charleston., WV 25329

*Telephone:* (304) 346-0197

*Representing:*

☒*Plaintiff* ☐*Defendant*

☐*Cross-Complainant* ☐ *Cross-Defendant*

Dated: 10/4/2010

Signature

☐ *Pro Se*

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

REBECCA MCCOMAS

    Plaintiff,

v.                                                    CIVIL ACTION NO. 10-C- 1762

MICHAELS STORES, INC.

    Defendant.

## COMPLAINT

Comes now the Plaintiff, Rebecca McComas, by counsel, Paul M. Stroebel and for her complaint, states as follows:

## PARTIES

1. Plaintiff is and at all times was a resident of Kanawha County, West Virginia.

2. Defendant, Michaels Stores, Inc. (hereinafter "Michaels"), is a business authorized to do business in the State of West Virginia and at all relevant times herein was doing business in Kanawha County, West Virginia.

3. As a result of the foregoing, this Court has jurisdiction over all matters set forth herein.

## COUNT I- NEGLIGENCE

4. On or about October 5, 2008, Plaintiff Rebecca McComas was shopping at the Michaels Store located in Charleston, West Virginia. While Mrs. McComas was shopping, 2 end caps containing glass and metal beads fell approximately 2 feet from the shelf, striking Mrs. McComas in the head.

5. The Defendant owned and controlled the shelf in question and was negligent and breached its duty of care and maintenance by allowing the shelf to be unsecured and/or become unsecured.

6. As a direct and proximate result of Defendant's negligent conduct, Plaintiff sustained serious injury to her head. Plaintiff has also incurred various damages, including medical bills, loss of enjoyment of life, pain and suffering, emotional distress, and annoyance and inconvenience.

7. Plaintiff affirmatively states that she is seeking monetary damages including fees, expenses and interest in an amount less than $75,000.00 dollars. Plaintiff further states that she is making no claims under or pursuant to federal law.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting judgment in favor of the Plaintiff and awarding Plaintiff compensatory, punitive and other such damages, including costs and attorneys' fees and other such relief as the Court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY.

REBECCA MCCOMAS,
By Counsel,

Paul M. Stroebel (WV Bar 5758)
Stroebel & Johnson, P.L.L.C.
Post Office Box 2582
Charleston, West Virginia 25329